UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SABRINA LEWIS,<br><br>      Plaintiff,<br>VS.<br><br>HOUSTON COMMUNITY COLLEGE,<br><br>      Defendant. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:16-CV-2146<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 46) signed by Magistrate Judge Christina Bryan on June 29, 2018, regarding **Instrument 22**. Defendant timely filed objection. The Court made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles,* 925 F.2d , 853, 855 (5th Cir. 1991). The Defendant's objection is **OVERRULED**. The Memorandum and Recommendation accurately reflects that the Plaintiff was employed as Direc-tor of Veteran's Affairs from August 2009 through October 2015. ACCORDINGLY, it is

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court as follows:

Plaintiff's Motion to Dismiss **(Instrument No. 37)** and her claim under 42 U.S.C. § 1981 is **DENIED**, Defendant's Motion for Summary Judgment **(Instrument No. 22)** on Plaintiff's claim under 42 U.S.C. § 1981 is **GRANTED**, and Plaintiff's claim under 42 U.S.C. §1981 is **DISMISSED with prejudice**.

The Court declines supplemental jurisdiction pursuant to 28 U.S.C. § 1357(C)(3), therefore judgment on Plaintiff's TCHRA and TWA claims are **REMANDED** to the 269th District Court of Harris County, Texas from which this case was removed.

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 16th day of July, 2018, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE